# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER TWITTY,** | ] | |
| Plaintiff, | ] | |
| v. | ] | 2:13-cv-1104-KOB |
| **NATIONWIDE RECOVERY SERVICE, INC.,** | ] | |
| Defendant. | ] | |

## ORDER OF DISMISSAL

The court, having received "Plaintiff's Notice of Dismissal of Complaint" (doc. 6), DISMISSES this case WITHOUT PREJUDICE, costs taxed as paid pursuant to Fed. R. Civ. P. 41(a).

DONE and ORDERED this 9th day of July, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE